IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CHAD HILL and MISTY HILL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 5:21-CV-274-M-BQ |
| | § | |
| CHESTER WHITE RECORD | § | |
| ASSOCIATION and CERTIFIED | § | |
| PEDIGREED SWINE, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are Plaintiffs Chad and Misty Hill's Motion to Extend Temporary Restraining Order (ECF No. 6) and Defendants Chester White Record Association and Certified Pedigreed Swine's Motion to Dissolve Temporary Restraining Order. ECF No. 7. The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motions. ECF No. 21. Plaintiffs filed objections on November 19, 2021, and the District Court has made a *de novo* review of those portions of the findings and recommendation to which objections were made. The objections are overruled.

Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 21). Plaintiffs' Motion to Extend is **DENIED** and Defendants' Motion to Dissolve is **GRANTED**. The temporary restraining order entered by the state district court prior to removal of this action is hereby **DISSOLVED**.

**SO ORDERED**, this 21st day of November, 2021.            \

_____
BARBARA M. G. LYNN
CHIEF JUDGE